UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PETERSON BARZIE,

        Plaintiff,

v.

JOHN DOE LOCHOW, et al.,

        Defendants.

CASE NO. C11-5628 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 21. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Defendants' motion for summary judgment is granted. In forma pauperis status is revoked for the purpose of appeal;

Dated this 23rd day of October, 2012.

                                  BENJAMIN H. SETTLE
                                  United States District Judge